NUMBER 13-07-316-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________



IN THE INTEREST OF N.Z.B., A MINOR CHILD


_____________________________________________________________


On appeal from County at Law No. 5 of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Sirfrederickvon E. King, 7th, has filed an appeal from the termination of his parental
rights to a child, N.Z.B. We affirm.

 Section 263.405(b) of the Texas Family Code requires an appellant to file, not later
than the fifteenth day after a final order is signed, a statement "of the point or points on
which the party intends to appeal." Tex. Fam. Code Ann. § 263.405(b) (Vernon Supp.
2006). The Legislature added a new subsection, effective for appeals filed after
September 1, 2005, which provides that the "appellate court may not consider any issue
that was not specifically presented to the trial court in a timely filed statement of the points
on which the party intends to appeal . . . ." See id. § 263.405(i) (Vernon Supp. 2006). 

 Here, the judgment was entered May 9, 2007. The clerk's record, filed in this Court
on May 18, 2007, and a supplemental clerk's record, filed on June 15, 2007, fail to contain
a statement of points on appeal. 

 On June 25, 2007, the Clerk of this Court notified appellant that the record before
the Court lacked a statement of points and directed appellant to correct this defect, if such
could be done, within ten days from the date of that notice. Appellant has failed to respond
to this directive. Appellant has also failed to respond to a notice requesting correction of
a defective notice of appeal, and has further failed to pay his filing fees in this Court.

 The statute is clear that a party who does not file a statement of the points on
appeal within fifteen days does not preserve any issues for appeal. Tex. Fam. Code Ann.
§ 263.405(i); In re R.M.R., 218 S.W.3d 863, 864 (Tex. App.-Corpus Christi 2007, no pet.);
In re M.N., 230 S.W.3d 248, 249 (Tex. App.-Eastland 2007, pet. filed); In re T.T., 228
S.W.3d 312 (Tex. App.-Houston [14th Dist.] 2007, pet. denied); In re J.W.H., 222 S.W.3d
661 (Tex. App.-Waco 2007, no pet.); In re D.A.R., 201 S.W.3d 229 (Tex. App.-Fort Worth
2006, no pet.).

 In a situation such as this, where no statement of points exists, under the express
terms of the statute, there is no contention of error that can be raised that we may consider
on appeal. In re R.M.R., 218 S.W.3d at 864. Accordingly, we affirm the judgment of the
trial court.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 1st day of November, 2007.